UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PAUL L. DOMINIQUE,

                Plaintiff,

   -v-                                    7:12-CV-1731
                                           (DNH/ATB)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

CONBOY, MCKAY, BACHMAN &          LAWRENCE D. HASSELER, ESQ.
  KENDALL, LLP
Attorneys for Plaintiff
307 State Street
Carthage, NY 13619

OFFICE OF REGIONAL GENERAL       DENNIS J. CANNING, ESQ.
  COUNSEL                                  PETER W. JEWETT, ESQ.
Attorneys for Defendant                Special Ass't U.S. Attorneys
Social Security Administration
Region II
26 Federal Plaza, Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

     Plaintiff Paul L. Dominique filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying his application for supplemental security income under the Social Security Act. By Report-Recommendation dated February 25, 2014, the Honorable Andrew T. Baxter, United States Magistrate Judge, recommended that

the Commissioner's decision be affirmed, and plaintiff's complaint be dismissed in its entirety. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Accordingly, it is

ORDERED that

1. The Commissioner's decision denying plaintiff disability benefits is AFFIRMED; and

2. The complaint is DISMISSED in its entirety.

The Clerk of the Court is directed to enter judgment accordingly.

IT IS SO ORDERED.

United States District Judge

Dated: March 24, 2014
       Utica, New York.