# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **JUDGMENT IN A CIVIL CASE**

**PAUL L. DOMINIQUE,**

    Plaintiff,

v.                      **CASE NUMBER: 7:12-CV-1731 (DNH/ATB)**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Commissioner's decision denying plaintiff disability benefits is AFFIRMED. The complaint is DISMISSED in its entirety.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 24th day of March, 2014.

DATED: March 24, 2014

                                             Clerk of Court

                                       By: s/ Nicole Killius
                                             Deputy Clerk